In re:                                                          Case No. 16-03749-MDF
Reginald McKoy Robertson, Jr                                    Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: CKovach        Page 1 of 1        Date Rcvd: Oct 18, 2016
                           Form ID: ntcnfhrg      Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
db            +Reginald McKoy Robertson, Jr,   267 S 12th Street,   Lebanon, PA 17042-6614
4832241       +Chase,   PO Box 24696,   Columbus, OH 43224-0696
4832243        Met Ed,   PO Box 3687,   Akron, OH 44309-3687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2016 19:20:15
               Recovery Management Systems Corporation,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
4832242        E-mail/Text: mrdiscen@discover.com Oct 18 2016 19:22:11     Discover,   PO Box 71084,
               Charlotte, NC 28272-1084
4834328        E-mail/Text: mrdiscen@discover.com Oct 18 2016 19:22:11     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
4840625        E-mail/PDF: RVSVCBICNOTICE1@state.pa.us Oct 18 2016 19:22:26
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
4832925        E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2016 19:20:15
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
4832244        E-mail/Text: bkrcy@ugi.com Oct 18 2016 19:22:52     UGI,   225 Morgantown Road,
               Reading, PA 19611-1949
                                                                                  TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James H Turner    on behalf of Debtor Reginald McKoy Robertson, Jr pat@turnerandoconnell.com
              Joshua I Goldman    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                  TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Reginald McKoy Robertson Jr
Debtor(s)

Chapter           13

Case No.          1:16–bk–03749–MDF

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**November 16, 2016** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 23, 2016 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901–2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: CKovach |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 18, 2016 |