Certificate Number: 01401-PAM-DE-028278299

Bankruptcy Case Number: 16-03749


01401-PAM-DE-028278299

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2016, at 5:16 o'clock PM EDT, Reginald M Robertson Jr. completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 28, 2016       By:    /s/Jeremy Lark

                             Name:  Jeremy Lark

                             Title: FCC Manager