```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03749-MDF
Reginald McKoy Robertson, Jr                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: CKovach      Page 1 of 1      Date Rcvd: Jan 27, 2017
                              Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2017.
db          +Reginald McKoy Robertson, Jr,   267 S 12th Street,   Lebanon, PA 17042-6614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          James H Turner   on behalf of Debtor Reginald McKoy Robertson, Jr pat@turnerandoconnell.com
          Joshua I Goldman   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Thomas I Puleo   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| REGINALD MCKOY ROBERTSON, JR., | : | |
| Debtor. | : | CASE NO. 1:16-bk-03749 MDF |

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN AND DIRECTING DEBTOR TO FILE A FIRST AMENDED CHAPTER 13 PLAN**

Following a hearing on confirmation of Debtor's Chapter 13 Plan, and upon consideration of the Objections of the Chapter 13 Trustee and JPMorgan Chase Bank National Association, the Objections are SUSTAINED, and it is hereby:

ORDERED that confirmation of Debtor's Plan is DENIED, and it is

FURTHER ORDERED that Debtor shall file a First Amended Chapter 13 Plan within sixty (60) days of the date of this Order or, upon certification of default, the case will be dismissed without further notice or hearing.

By the Court,

*Mary D. France*
Bankruptcy Judge (VK)

Date: January 26, 2017