# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Reginald McKoy Robertson Jr.<br>　　　　　Debtor<br><br>JPMorgan Chase Bank, National Association, its successors and/or assigns<br>　　　　　Movant<br>　　vs.<br><br>Reginald McKoy Robertson Jr.<br>　　　　　Respondent | CHAPTER 13<br><br><br>NO. 16-03749 RNO |

## PRAECIPE TO WITHDRAW

## TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **November 8, 2016** (Document No. 22).

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　jwarmbrodt@kmllagroup.com
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322

June 22, 2017