```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                              Case No. 16-03749-RNO
Reginald McKoy Robertson, Jr                        Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CKovach          Page 1 of 1              Date Rcvd: Oct 03, 2017
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db              +Reginald McKoy Robertson, Jr,    267 S 12th Street,    Lebanon, PA 17042-6614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          James H Turner    on behalf of Debtor Reginald McKoy Robertson, Jr pat@turnerandoconnell.com
          Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Reginald McKoy Robertson, Jr. <br> <div align="center">Debtor</div> | <div align="center">CHAPTER 13</div> |
| JPMorgan Chase Bank, National Association <br> <div align="center">Movant</div> <br> <div align="center">vs.</div> | <div align="center">NO. 16-03749 RNO</div> |
| Reginald McKoy Robertson, Jr. <br> <div align="center">Debtor</div> | |
| Charles J. DeHart, III <br> <div align="center">Trustee</div> | <div align="center">11 U.S.C. Section 362</div> |

<div align="center">

**ORDER**

</div>

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

**By the Court,**

Dated: September 29, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)